UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GREGORIO QUEZADA**                                                      **CIVIL ACTION**

**VERSUS**                                                                              **NO. 15-781**

**NATE CAIN, WARDEN**                                                     **SECTION "B"(1)**

### ORDER AND REASONS

Before the Court is Petitioner's, Gregorio Quezada, "Motion to Reconsider" (Rec. Doc. 18), seeking reconsideration of the Court's Order and Reasons Adopting the Magistrate Judge's Report and Recommendations (Rec. Doc. 15) and the Court's corresponding Judgment dismissing Petitioner's claims (Rec. Doc. 16).

The instant motion re-alleges multiple arguments already raised in Petitioner's initial Writ of Habeas Corpus (Rec. Doc. 1) and previously addressed by the Magistrate's Report and Recommendations (Rec. Doc. 12), as well as this Court's Order adopting that report (Rec. Docs. 15, 16). Petitioner similarly restates arguments from his Objections to the Report and Recommendations (Rec. Doc. 14), which this Court previously considered and dismissed in its Order and Judgment (Rec. Docs. 15, 16). Further, this Court has already determined that Petitioner has made no substantial showing of a denial of constitutional rights, denying Petitioner a certificate of appealability (Rec. Doc. 17). As such, Petitioner's instant motion is frivolous, as Petitioner has indicated no entitlement of relief pursuant to Fed.

R. Civ. P. 59(e) and/or Fed. R. Civ. P. 60(b), and because this Court has already pointed out that Petitioner has not alleged any facts to indicate a denial of constitutional rights. Accordingly,

**IT IS ORDERED** that Petitioner's Motion is **DENIED**.

New Orleans, Louisiana, this 13th day of November, 2015.

UNITED STATES DISTRICT JUDGE